IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILLY GOWANS, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-6169** |
| | : | |
| **ZACHARY AXSOM,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 2nd day of May, 2025, upon consideration of Plaintiff Billy Gowans, Jr.'s *pro se* Second Amended Complaint (ECF No. 16), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John Milton Younge
**JOHN M. YOUNGE, J.**